IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALICIA LEWIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:10-CV-2579-D |
| | § | |
| CITY OF WAXAHACHIE, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the May 21, 2012 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, the February 24, 2012 Rule 12(b)(6) motion to dismiss of defendants Joe F. Grubbs ("Grubbs") and Johnny Brown ("Brown") is granted, and plaintiff's actions against Grubbs and Brown are dismissed with prejudice.

The following motions filed by plaintiff are denied: May 1, 2012 motion to compel; May 19, 2012 second motion for discovery; June 4, 2012 motion to compel for original transcript; and June 5, 2012 amended motion to compel for original transcript. Plaintiff is not entitled to this relief if she

cannot state a claim on which relief can be granted.

**SO ORDERED**.

June 29, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE